```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 04299
   JOSE CASTRO
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4167

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 02/05/2004 and was confirmed 06/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/16/2008.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MTG      NOTICE ONLY      NOT FILED           .00            .00
CONTINENTAL CREDIT CORP   SECURED NOT I        .00             .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE     1977.69            .00          1977.69
WELLS FARGO HOME MORTGAG  CURRENT MORTG        .00             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          3068.12            .00          3068.12
ROUNDUP FUNDING LLC       UNSECURED         1163.86            .00          1079.76
BLAIR                     UNSECURED        NOT FILED           .00            .00
CHADWICKS OF BOSTON       UNSECURED        NOT FILED           .00            .00
CONTINENTAL CREDIT CORP   UNSECURED        18516.54            .00         17169.43
CONTINENTAL FURNITURE     NOTICE ONLY      NOT FILED           .00            .00
CONTINENTAL CREDIT CORP   NOTICE ONLY      NOT FILED           .00            .00
EXPRESS                   UNSECURED        NOT FILED           .00            .00
FORD MOTOR CREDIT         UNSECURED         3162.89            .00          2934.34
FORD MOTOR CREDIT         NOTICE ONLY      NOT FILED           .00            .00
FORD MOTOR CREDIT CORP    NOTICE ONLY      NOT FILED           .00            .00
GENERAL MOTORS ACCEPTANC  UNSECURED         2787.52            .00          2586.09
ECAST SETTLEMENT CORP     UNSECURED         1307.85            .00          1213.34
LANE BRYANT               UNSECURED        NOT FILED           .00            .00
LERNERS                   UNSECURED        NOT FILED           .00            .00
THE LIMITED               UNSECURED        NOT FILED           .00            .00
CARD SERVICE CENTER       UNSECURED         6570.26            .00          6095.49
ROMANS                    UNSECURED        NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          730.67            .00           677.87
VICTORIAS SECRET          UNSECURED        NOT FILED           .00            .00
WAL MART STORES INC       UNSECURED        NOT FILED           .00            .00
WELLS FARGO AUTO FINANCE  SECURED              .00             .00            .00
FORD MOTOR CREDIT         SECURED           5055.69            .00          5055.69
INTERNAL REVENUE SERVICE  UNSECURED          120.32            .00           111.63
WELLS FARGO HOME MORTGAG  COST OF COLLE       33.90            .00            33.90
MCGRATH & VELAZQUEZ       DEBTOR ATTY       2,105.00                       1,700.01
TOM VAUGHN                TRUSTEE                                          2,502.60
DEBTOR REFUND             REFUND                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 04299 JOSE CASTRO
```

```
       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 46,205.96

PRIORITY                                         3,068.12
SECURED                                          7,067.28
UNSECURED                                       31,867.95
ADMINISTRATIVE                                   1,700.01
TRUSTEE COMPENSATION                             2,502.60
DEBTOR REFUND                                         .00
                      ---------------       ---------------
TOTALS                  46,205.96               46,205.96
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 07/22/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                            PAGE   2
          CASE NO. 04 B 04299 JOSE CASTRO